UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHARLES BATHERSFIELD,

Plaintiff,

v.

HEART & SOIL SUPPLEMENTS, LLC,

Defendant.

Case No.: 3:26-cv-1124-GPC-SBC

**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**

[Dkt. No. 11]

Before the Court is the parties' May 20, 2026, Joint Motion to Continue Early Neutral Evaluation and Case Management Conference (hereafter "Motion") (Dkt. No. 11). The Motion seeks to continue the Early Neutral Evaluation ("ENE") currently set for July 15, 2026, at 10:00 AM before United States Magistrate Judge Steve B. Chu (*see* Dkt. No. 9). Good cause appearing, the Motion is **GRANTED** for the reasons set forth below.

Parties seeking to continue an ENE must demonstrate good cause. (Dkt. No. 9 at 3-4) (Counsel must file a motion "setting forth good cause for the request"); *see* Fed. R. Civ. P. 6(b) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"). Courts have broad discretion in determining whether there is good cause. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992); *Olvera v. Citibank, N.A.*, No. 25-cv-789-H-AHG, 2025 U.S. Dist. LEXIS

117769, at *2, *4-*5 (S.D. Cal. June 19, 2025). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

In this case, counsel for Defendant has a vacation scheduled for the ENE/CMC date which was planned and paid for prior to the issuance of the scheduling order. In light of Defendant's counsel's absence, the Court finds a short continuance is prudent. Accordingly, the Court **GRANTS** the Joint Motion. The Court continues the ENE until **August 7, 2026**, at **01:00 PM**. If the case does not settle, the Court will move into the Case Management Conference at that time. The parties must comply with all of the requirements set forth in the Court's April 22, 2026, Notice and Order for Early Neutral Evaluation Conference and Case Management Conference (Dkt. No. 9) prior to that ENE.

**IT IS SO ORDERED.**

Dated: June 2, 2026

Hon. Steve B. Chu
United States Magistrate Judge